**Order entered April 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00165-CV

**CHRIS FAST AND BRITTANY FAST, Appellants**

**V.**

**HAUK CUSTOM POOLS, LLC, Appellee**

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-00339-2019**

## ORDER

Before the Court is appellants' April 1, 2021 unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 23, 2021.

/s/    KEN MOLBERG
       JUSTICE